# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN CORONADO and TAMMI CORONADO,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, SELECT PORTFOLIO SERVICING INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., WELLS FARGO BANK, N.A., successor by merger to Wells Fargo Bank Minnesota, N.A., f/k/a Northwest Bank Minnesota, N.A., solely as trustee for Structured Asset Mortgage Investment II Inc., Bear Stearns Mortgage Funding Trust 2006-AR4, Mortgage Pass-Through Certificates, Series 2006-AR4, CENTRAL PACIFIC MORTGAGE COMPANY and DOES 1 THROUGH 30 INCLUSIVE,<br><br>　　　　　　Defendants.<br>_____/ | Case No. 1:15-CV-01844-MCE-SKO<br><br>**ORDER**<br><br>(Doc. 20) |

　　　　Before the Court is Defendants NDSC; SPS; MERS; and Wells Fargo as Trustee's Notice of Motion and Motion for Terminating Sanctions or in the Alternative for Issue and Evidentiary Sanctions, and to Modify Court's Scheduling (the "Motion"). (Doc. 20.)

//

Due to a conflict with the Court's calendar, the Court CONTINUES the hearing regarding the Motion from November 16, 2016 to **November 30, 2016, at 9:30 a.m.**

The Court further CAUTIONS Plaintiffs that it may recommend the **dismissal** of the entirety of this case, or Plaintiffs' claims against some Defendants, for failure to prosecute or to comply with the Court's order **if Plaintiffs fail to appear at the November 30, 2016 hearing.**

IT IS SO ORDERED.

Dated:   **November 4, 2016**                     /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE

2