# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN CORONADO and TAMMI CORONADO,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, SELECT PORTFOLIO SERVICING INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., WELLS FARGO BANK, N.A., successor by merger to Wells Fargo Bank Minnesota, N.A., f/k/a Northwest Bank Minnesota, N.A., solely as trustee for Structured Asset Mortgage Investment II Inc., Bear Stearns Mortgage Funding Trust 2006-AR4, Mortgage Pass-Through Certificates, Series 2006-AR4, CENTRAL PACIFIC MORTGAGE COMPANY and DOES 1 THROUGH 30 INCLUSIVE,<br><br>Defendants.<br>_____/ | Case No. 1:15-CV-01844-MCE-SKO<br><br>**ORDER**<br><br>(Doc. 20) |

On November 30, 2016, the Court held a hearing regarding Defendants NDSC; SPS; MERS; and Wells Fargo as Trustee's Notice of Motion and Motion for Terminating Sanctions or in the Alternative for Issue and Evidentiary Sanctions, and to Modify Court's Scheduling (the "Motion"). (Doc. 20.) For the reasons provided during this hearing, the Court DENIES the

Motion, (*id.*), WITHOUT PREJUDICE as to Defendant Select Portfolio Servicing, Inc.  The Court further DENIES the Motion, (*id.*), WITH PREJUDICE as to the remaining Defendants.

The Court ORDERS Plaintiffs to retain counsel, if they so choose, by **Friday, December 9, 2016**.  If Plaintiffs choose to retain counsel, the Court ORDERS that Plaintiffs' counsel must notice their appearance on the docket for this case no later than **December 9, 2016**.

The Court further ORDERS Plaintiffs to provide full responses, without objections, to Defendant Select Portfolio Servicing Inc.'s "Set One" interrogatories to each Plaintiff, (*see* Doc. 13, Ex. 2 at 2–31), by no later than **Friday, December 16, 2016**.  At the hearing, the Court also ORDERED Plaintiffs to send all of their previous responses to Defendants' discovery responses by e-mail to defense counsel, Kristapor Vartanian, by no later than **Thursday, December 1, 2016 at 10:30 a.m.**

The Court will hold a hearing regarding the status of this matter on **Wednesday, December 21, 2016 at 10:30 a.m.**

The Court also ORDERS that the deadline for non-dispositive motions in this case is extended from December 8, 2016 to **Friday, January 13, 2017**.

Finally, the Court notes that Plaintiffs voluntarily dismissed Defendant Central Pacific Mortgage Company from this matter while this case was pending before the state court.  (*See* Doc. 1, Ex. 1.)  The Court therefore DIRECTS the Clerk to remove Defendant Central Pacific Mortgage Company from the docket for this case.

IT IS SO ORDERED.

Dated:   **December 2, 2016**                     /s/ *Sheila K. Oberto*
                                                                     UNITED STATES MAGISTRATE JUDGE

2